**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN SANTIAGO,<br><br>             Plaintiff,<br><br>     v.<br><br>FCA US LLC,<br><br>             Defendants. | Case No.: 1:21-cv-1402 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Docs. 5) |

The parties have notified the Court that the matter has settled (Doc. 5). Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 7, 2022**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **December 9, 2021**                    **/s/ Jennifer L. Thurston**
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE