1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   JUAN SANTIAGO,                          ) Case No.: 1:21-cv-01402-JLT-BAK (SKO)
                                            )
12                    Plaintiff,              ) ORDER DISCHARGING ORDER TO SHOW
                                            ) CAUSE
13            v.                              )
                                            ) (Doc. 10)
14   FCA US, LLC,                             )
                                            )
15                    Defendant.             )
                                            )
16   _____ )

17            On December 10, 2021, the Court issued an order after the notice of settlement, ordering that

18   the stipulation to dismiss the action be filed no later than March 7, 2022.  (Doc. 6).  The parties failed

19   to comply with the Court's order.  Accordingly, the Court ordered the parties to show cause in writing

20   why sanctions should not be imposed for their failure to comply with the Court's order.  (Doc. 10).

21   Defendant responded, explaining the reason the parties failed to file a joint stipulation of dismissal is

22   an outstanding issue of the plaintiff's attorneys' fees and costs.  (Doc. 11).

23            Therefore, the Court **ORDERS**:

24            1.   The order to show cause (Doc. 10) is **DISCHARGED**; and

25            2.   The stipulation to dismiss the action **SHALL** be filed **no later than June 15, 2021**.

26

27

28

1

1    **The parties are advised that failure to comply with this order may result in the Court**

2    **imposing sanctions, including the dismissal of the action by the assigned district judge.**

3

4    IT IS SO ORDERED.

5    Dated:   **May 2, 2022**                                    */s/ Sheila K. Oberto*

6                                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28