UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN SANTIAGO,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US LLC,<br><br>    Defendant. | No.  1:21-cv-01402-JLT-BAK (SKO)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Docs. 13 & 14) |

On July 5, 2022, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 14.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Order to Show Cause (Doc. 13) is hereby discharged, and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 7, 2022**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE